IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 1:10-25 |
| DENISE COLLINS | : |

## ORDER

**AND NOW**, this 2nd day of March 2026, following reassignment (ECF 27) leading to our independent review of Defendant's ex-parte Motion; Restraining Order; Preliminary Injunction; Early Discovery/Disclosure (ECF 8), the United States' Opposition (ECF 11), Defendant' sealed Reply (ECF 17), the United States' sur-Reply (ECF 21), and Judge Miller's April 27, 2022 comprehensive Report recommending we deny Defendant's Motion (ECF 8) for lack of subject matter jurisdiction, noting Ms. Collins did not timely object to Judge Miller's Report in the last forty-six months, it is **ORDERED** we:

1. **APPROVE AND ADOPT** Judge Miller's comprehensive Report and Recommendation (ECF 25); and,

2. **DENY** Defendant's Motion for Return of Seized Property (ECF 8) with prejudice.

KEARNEY, J.